THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BEN MARANZ, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 18 *N. J. Super.* 478.

*Mr. James L. McKenna* for the petitioner.

*Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the
respondent.

September 8, 1952.  Denied.

SADIE STERN, PLAINTIFF-RESPONDENT, v. ALBERT GLAS-
SEN AND JOHN MARTIN, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Carl & William Abruzzese* and *Mr. Ralph G. Mesce*
for the petitioners.

*Mr. Robert Scherling* and *Mr. Jerome D. Schwitzer* for
the respondent.

September 8, 1952.  Granted.